| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br><br><br><br><br>In Re: | Case No.: _____<br><br>Chapter: _____<br><br>Adv. No.: _____<br><br>Hearing Date: _____<br><br>Judge: _____ |

## CERTIFICATION OF SERVICE

1. I, _____ :

    ☐ represent _____ in this matter.

    ☐ am the secretary/paralegal for _____, who represents _____ in this matter.

    ☐ am the _____ in this case and am representing myself.

2. On _____, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: _____      _____
                                                                                        Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| | | ☐ Hand-delivered <br> ☐ Regular mail <br> ☐ Certified mail/RR <br> ☐ Other _____ <br> (As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered <br> ☐ Regular mail <br> ☐ Certified mail/RR <br> ☐ Other _____ <br> (As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered <br> ☐ Regular mail <br> ☐ Certified mail/RR <br> ☐ Other _____ <br> (As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered <br> ☐ Regular mail <br> ☐ Certified mail/RR <br> ☐ Other _____ <br> (As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered <br> ☐ Regular mail <br> ☐ Certified mail/RR <br> ☐ Other _____ <br> (As authorized by the Court or by rule. Cite the rule if applicable.) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

*rev.8/1/16*

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| James M. Parisi, Esq.<br>Murphy McKeon, PC<br>51 Route 23 South<br>Riverdale, NJ  07457 | Counsel to Roxbury Township | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RRR<br>☒ Other: ECF<br>(As authorized by the court or by rule. Cite the rule if applicable.) |
| Sussex Warren Holding<br>590 Belleville Turnpike<br>Kearny, NJ 07032 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RRR<br>☐ Other: ECF<br>(As authorized by the court or by rule. Cite the rule if applicable.) |
| Birdsall Engineering Services Group<br>40 Clinton St.<br>Newark, NJ 07102 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RRR<br>☐ Other:<br>(As authorized by the court or by rule. Cite the rule if applicable.) |
| Capital One Auto Finance<br>3901 Dallas Parkway<br>Plano, TX  75093 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RRR<br>☐ Other: ECF<br>(As authorized by the court or by rule. Cite the rule if applicable.) |
| Chase Card<br>PO Box 15298<br>Wilmington, DC  19850 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RRR<br>☐ Other: ECF<br>(As authorized by the court or by rule. Cite the rule if applicable.) |
| Citizens One Auto Finance<br>480 Jefferson Boulevard<br>Warwick, RI  02886 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RRR<br>☐ Other:<br>(As authorized by the court or by rule. Cite the rule if applicable.) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Ford Motor Credit<br>PO Box 542000<br>Omaha, NE  68154 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RRR<br>☐ Other:<br>(As authorized by the court or by rule.  Cite the rule if applicable.) |
| Hudson City Savings Bank<br>West 80 Century Road<br>Paramus, NJ  07652 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RRR<br>☐ Other:<br>(As authorized by the court or by rule.  Cite the rule if applicable.) |
| Interport Container Solutions, Inc.<br>635 Delancy Street<br>Newark, NJ  07105 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RRR<br>☐ Other:<br>(As authorized by the court or by rule.  Cite the rule if applicable.) |
| M&T Bank<br>1100 Wehrle Drive<br>Buffalo, NY  14240 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RRR<br>☐ Other:<br>(As authorized by the court or by rule.  Cite the rule if applicable.) |
| NJDEP<br>PO Box 417<br>Trenton, NJ  08646 | Interested Party | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RRR<br>☐ Other:<br>(As authorized by the court or by rule.  Cite the rule if applicable.) |
| North Fork Bank and Trust<br>PO Box 30273<br>Salt Lake City, UT  84102 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RRR<br>☐ Other: (As authorized by the court or by rule. Cite the rule if applicable.) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| US Bank<br>PO Box 5227<br>Cincinnati, OH  45201 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RRR<br>☐ Other:<br>(As authorized by the court or by rule.  Cite the rule if applicable.) |
| Wells Fargo Bank NV, NA<br>PO Box 31557<br>Billings, MT  59107 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RRR<br>☐ Other:<br>(As authorized by the court or by rule.  Cite the rule if applicable.) |
| WF/WB<br>PO Box 3117<br>Winston Salem, NC  27102 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RRR<br>☐ Other:<br>(As authorized by the court or by rule.  Cite the rule if applicable.) |
| American Express Centurion Bank<br>c/o Becket and Lee, LLP<br>PO Box 3001<br>Malvern, PA  19355 | Counsel to Amex | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RRR<br>☐ Other:<br>(As authorized by the court or by rule.  Cite the rule if applicable.) |
| A-1 Collection Services<br>101 Grovers Mill Road<br>Lawrenceville, NJ  08648 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RRR<br>☐ Other:<br>(As authorized by the court or by rule.  Cite the rule if applicable.) |
| Amex<br>PO Box 297871<br>Ft. Lauderdale, FL  33329 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RRR<br>☐ Other:<br>(As authorized by the court or by rule.  Cite the rule if applicable.) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Atlantic Health System<br>Morristown Medical Center<br>PO Box 35610<br>Newark, NJ 07193-5610 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RRR<br>☐ Other:<br>(As authorized by the court or by rule. Cite the rule if applicable.) |
| Atlantic Ambulatory Corp.<br>PO Box 949<br>Matawan, NJ 07747 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RRR<br>☐ Other:<br>(As authorized by the court or by rule. Cite the rule if applicable.) |
| Atlantic Medical Group<br>PO Box 419101<br>Boston, MA 02241 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RRR<br>☐ Other:<br>(As authorized by the court or by rule. Cite the rule if applicable.) |
| Barclays Bank Delaware<br>PO Box 8803<br>Wilmington, DE 19899 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RRR<br>☐ Other:<br>(As authorized by the court or by rule. Cite the rule if applicable.) |
| Bank of America<br>PO Box 982238<br>El Paso, TX 79996 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RRR<br>☐ Other:<br>(As authorized by the court or by rule. Cite the rule if applicable.) |
| Neiman Marcus Credit Card<br>Capital One<br>P.O. Box 5235<br>Carol Stream, IL 60197-5235 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RRR<br>☐ Other:<br>(As authorized by the court or by rule. Cite the rule if applicable.) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Capital One<br>PO Box 30253<br>Salt Lake City, UT  84130 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RRR<br>☐ Other:<br>(As authorized by the court or by rule.  Cite the rule if applicable.) |
| Comenity Bank<br>PO Box 182789<br>Columbus, OH  43218 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RRR<br>☐ Other:<br>(As authorized by the court or by rule.  Cite the rule if applicable.) |
| Citibank Visa<br>c/o Pressler & Pressler<br>7 Entin Road<br>Parsippany, NJ  07054 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RRR<br>☐ Other:<br>(As authorized by the court or by rule.  Cite the rule if applicable.) |
| Department of Treasury<br>Internal Revenue Service<br>PO Box 73346<br>Philadelphia, PA  10101-7346 | IRS | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RRR<br>☐ Other:<br>(As authorized by the court or by rule.  Cite the rule if applicable.) |
| Macys<br>9111 Duke Boulevard<br>Mason, OH  45040 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RRR<br>☐ Other:<br>(As authorized by the court or by rule.  Cite the rule if applicable.) |
| Derm Nat. Bank<br>PO Box 631<br>Amarillo, TX  79105 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RRR<br>☐ Other:<br>(As authorized by the court or by rule.  Cite the rule if applicable.) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Jared Galleria of Jewelry<br>375 Ghent Road<br>Fairlawn, OH  44333 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RRR<br>☐ Other:<br>(As authorized by the court or by rule. Cite the rule if applicable.) |
| Pia Os<br>PO Box 982238<br>El Paso, TX  79998 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RRR<br>☐ Other:<br>(As authorized by the court or by rule. Cite the rule if applicable.) |
| Kohls<br>N56 W 17000 Ridgewood Drive<br>Menomonee Falls, WI  53051 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RRR<br>☐ Other:<br>(As authorized by the court or by rule. Cite the rule if applicable.) |
| M&T Bank<br>Legal Document Processing<br>1100 Wherle Drive<br>Williamsville, NY  14221 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RRR<br>☐ Other:<br>(As authorized by the court or by rule. Cite the rule if applicable.) |
| M&T Bank<br>PO Box 619063<br>Dallas, TX  75261 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RRR<br>☐ Other:<br>(As authorized by the court or by rule. Cite the rule if applicable.) |
| Morristown Emergency Med. Assoc.<br>PO Box 6312<br>Parsippany, NJ  07054 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RRR<br>☐ Other:<br>(As authorized by the court or by rule. Cite the rule if applicable.) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Nordstrom<br>13531 E. Caley Avenue<br>Englewood, CO  80111 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RRR<br>☐ Other:<br>(As authorized by the court or by rule.  Cite the rule if applicable.) |
| Sears<br>PO Box 6283<br>Sioux Falls, SD  57117 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RRR<br>☐ Other:<br>(As authorized by the court or by rule.  Cite the rule if applicable.) |
| State of New Jersey<br>Division of Taxation<br>PO Box 245<br>Trenton, NJ  08646 | Division of Taxation | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RRR<br>☐ Other:<br>(As authorized by the court or by rule.  Cite the rule if applicable.) |
| Sussex & Warren Holding Corp.<br>c/o Tompkins, McGuire Wachenfeld & Barr<br>3 Becker Farm Road, 4th Fl.<br>Roseland, NJ  07068 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RRR<br>☐ Other:<br>(As authorized by the court or by rule.  Cite the rule if applicable.) |
| Ashley Homestore<br>950 Forrer Boulevard<br>Kettering, OH  45420-1469 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RRR<br>☐ Other:<br>(As authorized by the court or by rule.  Cite the rule if applicable.) |
| Evine<br>PO Box 965005<br>Orlando, FL  32896-5005 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RRR<br>☐ Other:<br>(As authorized by the court or by rule.  Cite the rule if applicable.) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Gap<br>PO Box 965005<br>Orlando, FL  32896-5005 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RRR<br>☐ Other:<br>(As authorized by the court or by rule. Cite the rule if applicable.) |
| JC Penney<br>4125 Windward Plaza<br>Alpharetta, GA  30005-8738 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RRR<br>☐ Other:<br>(As authorized by the court or by rule. Cite the rule if applicable.) |
| Lenscrafters<br>PO Box 965036<br>Orlando, FL  32896 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RRR<br>☐ Other:<br>(As authorized by the court or by rule. Cite the rule if applicable.) |
| Lowes<br>PO Box 965005<br>Orlando, FL  32896 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RRR<br>☐ Other:<br>(As authorized by the court or by rule. Cite the rule if applicable.) |
| Old Navy<br>PO Box 965005<br>Orlando, FL  32896 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RRR<br>☐ Other:<br>(As authorized by the court or by rule. Cite the rule if applicable.) |
| Lord & Taylor<br>PO Box 965015<br>Orlando, FL  32896 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RRR<br>☐ Other:<br>(As authorized by the court or by rule. Cite the rule if applicable.) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Old Navy<br>4125 Windward Plaza<br>Alpharetta, GA  30005 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RRR<br>☐ Other:<br>(As authorized by the court or by rule.  Cite the rule if applicable.) |
| TJMaxx<br>PO Box 965015<br>Orlando, FL  32896 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RRR<br>☐ Other:<br>(As authorized by the court or by rule.  Cite the rule if applicable.) |
| Sam's Club<br>PO Box 965015<br>Orlando, FL  32896 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RRR<br>☐ Other:<br>(As authorized by the court or by rule.  Cite the rule if applicable.) |
| Walmart<br>PO Box 965024<br>Orlando, FL  32896 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RRR<br>☐ Other:<br>(As authorized by the court or by rule.  Cite the rule if applicable.) |
| Synchrony Bank<br>c/o PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA  23541 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RRR<br>☐ Other:<br>(As authorized by the court or by rule.  Cite the rule if applicable.) |
| Target<br>PO Box 673<br>Minneapolis, MN  55440 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RRR<br>☐ Other:<br>(As authorized by the court or by rule.  Cite the rule if applicable.) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| THD/CBNA<br>PO Box 6497<br>Sioux Falls, SD  57117 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RRR<br>☐ Other: (As authorized by the court or by rule. Cite the rule if applicable.) |
| Wells Fargo Bank<br>420 Montgomery Street<br>San Francisco, CA 94104 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RRR<br>☐ Other: (As authorized by the court or by rule. Cite the rule if applicable.) |
| Wells Fargo Bank<br>PO Box 14517<br>Des Moines, IA  50306 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RRR<br>☐ Other: (As authorized by the court or by rule. Cite the rule if applicable.) |
| Wells Fargo Bank, N.A.<br>Home Equity Group<br>1 Home Campus X2303-01A<br>Des Moines, IA  50328 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RRR<br>☐ Other: (As authorized by the court or by rule. Cite the rule if applicable.) |
| Wells Fargo Bank, N.A.<br>Wells Fargo Card Services<br>PO Box 10438 MAC F6235-02F<br>Des Moines, IA  50306 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RRR<br>☐ Other: (As authorized by the court or by rule. Cite the rule if applicable.) |
| Wells Fargo<br>500 Walnut Street<br>Des Moines, IA  50309 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RRR<br>☐ Other: (As authorized by the court or by rule. Cite the rule if applicable.) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| WFNB Card<br>Credit Bureau Disp.<br>Portland, OR 97228 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RRR<br>☐ Other:<br>(As authorized by the court or by rule. Cite the rule if applicable.) |
| Shawn Potillo, Mayor<br>Township of Roxbury<br>1715 Route 46<br>Ledgewood, NJ 07852 | Interested Party | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RRR<br>☐ Other:<br>(As authorized by the court or by rule. Cite the rule if applicable.) |
| Timothy J. King, CPA<br>Bederson, LLP<br>347 Mt. Pleasant Avenue<br>West Orange, NJ 07052 | Accountant to Trustee | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RRR<br>☐ Other:<br>(As authorized by the court or by rule. Cite the rule if applicable.) |
| Daniel A. Nachman, D.A.G.<br>State of New Jersey, Division of Law<br>25 Market Street<br>PO Box 093<br>Trenton, NJ 08611 | State of New Jersey | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RRR<br>☐ Other:<br>(As authorized by the court or by rule. Cite the rule if applicable.) |
| Thomas Bruinooge, Esq., LLC<br>c/o Michael D. Sirota, Esq.<br>Cole Schotz<br>1325 Avenue of the Americas, 19th Fl.<br>New York, NY 10019 | Interested Party | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RRR<br>☐ Other:<br>(As authorized by the court or by rule. Cite the rule if applicable.) |
| Target<br>c/o Target Credit Services<br>Minneapolis, MN 55440 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RRR<br>☐ Other:<br>(As authorized by the court or by rule. Cite the rule if applicable.) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| U.S. Attorney, 3rd Circuit<br>Financial Litigation Unit<br>Federal Building<br>Newark, NJ  07102 | US Attorney | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RRR<br>☐ Other:<br>(As authorized by the court or by rule. Cite the rule if applicable.) |
| Tompkins Pt. Realty, Inc.<br>Peter A. Cuda, LLC<br>19 North Bridge Street<br>Somerville, NJ  08876 | Interested Party | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RRR<br>☐ Other:<br>(As authorized by the court or by rule. Cite the rule if applicable.) |
| Thomas E. Foti, Esq.<br>110 B Meadowland Parkway, Suite 201<br>Secaucus, NJ  07094 | Interested Party | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RRR<br>☐ Other:<br>(As authorized by the court or by rule. Cite the rule if applicable.) |
| John T. Ambrosio, Esq.<br>Ambrosio & Associates, LLC<br>105 Grove Street, Suite One<br>Montclair, NJ 07042 | Special Counsel | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RRR<br>☐ Other:<br>(As authorized by the court or by rule. Cite the rule if applicable.) |
| Thomas Ambrosio<br>750 Valley Brook Avenue<br>Lyndhurst, NJ  07071 | Interested Party | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RRR<br>☐ Other:<br>(As authorized by the court or by rule. Cite the rule if applicable.) |
| Crestmont Properties, LLC<br>c/o Anthony P. Ambrosio, Esq.<br>8 Hillside Avenue, Suite 103<br>Montclair, NJ  07042 | Proposed Buyer | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RRR<br>☐ Other:<br>(As authorized by the court or by rule. Cite the rule if applicable.) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| **Shawn M. LaTourette, Commissioner**<br>401 E. State St.<br>7th Floor, East Wing<br>P.O. Box 402<br>Trenton, NJ 08625-0402 | Interested Party | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RRR<br>☐ Other:<br>(As authorized by the court or by rule. Cite the rule if applicable.) |
| Jack Wenarsky, Esq.<br>Wenarsky & Goldstein<br>410 Route 10 West, Ste 214,<br>Ledgewood, NJ 07852 | Interested Party | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RRR<br>☐ Other:<br>(As authorized by the court or by rule. Cite the rule if applicable.) |